AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER JAY SANCHEZ

      v.

KAREN BRUNSON el al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5068RJB-JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation; and

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

| July 30, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | */s/ Jennie L. Patton* |
| | By, Deputy Clerk |